# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DENNIS L. EPPS, | Case No. CV 11-01161-VAP |
| Plaintiffs, | ORDER RE: CERTIFICATE OF APPEALABILITY |
| v. | |
| JOHN F. SALAZAR, Warden, | |
| Defendants. | |

On ___5/20/2011___ Petitioner filed a Notice of Appeal and a request for a Certificate of Appealability pursuant to 28 U.S.C. § 2253. The Court has reviewed the matter.
IT IS HEREBY ORDERED:

☐ The Certificate of Appealability is **GRANTED**. The specific issue(s) satisfy §2253(c)(2) as follows:

☐ The Certificate of Appealability is **DENIED** for the following reason(s):
    ☑ There has been no substantial showing of the denial of a constitutional right.
    ☐ The appeal seeks to test the validity of a warrant to remove to another district or place for commitment or trial.
    ☐ The appeal seeks to test the validity of the detention pending removal proceedings.

DATED: 7/17/11

VIRGINIA A. PHILLIPS
UNITED STATES DISTRICT JUDGE

CV-79 (07/97)     ORDER RE: CERTIFICATE OF APPEALABILITY